UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| ROSEMARIE H. ESTEP, ) | |
| ) | |
| Plaintiff, ) | Civil No. 15-44-ART |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| UNITED MINE WORKERS OF ) | |
| AMERICA 1974 PENSION PLAN AND ) | |
| TRUST, ) | |
| ) | |
| Defendant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** that:

(1) The defendant's motion to dismiss, R. 6, is **GRANTED** and **JUDGMENT IS ENTERED** in favor of the defendant.

(2) This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 15th day of September, 2015.



Signed By:
Amul R. Thapar  AT
United States District Judge